UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

JIAN HUI LIN *a/k/a Danny Lin*, on behalf of
himself and others similarly situated,

                  Plaintiff,

                  **ORDER**
v.                  17-CV-3435 (WFK) (CLP)

JOE JAPANESE BUFFET RESTAURANT
INC. *d/b/a Fuji Japanese Cuisine, et al.*,

                  Defendants.
-----------------------------------------------------------------X

**WILLIAM F. KUNTZ, II, United States District Judge:**

       On June 7, 2022, Chief Magistrate Judge Cheryl L. Pollak issued a Report and Recommendation ("R&R") in the above-captioned action, recommending Plaintiffs' motion for attorney's fees be granted and Plaintiffs be awarded $67,665.55, consisting of $67,265.55 in fees and $400.00 in costs. *See* ECF No. 100. Chief Magistrate Judge Pollak also recommended the remainder of plaintiffs' requested costs be denied without prejudice to renew if supported by the appropriate documentation.

       The parties did not file any objections to the R&R, which were due by Tuesday, June 21, 2022. *See* 28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72(b)(2). The Court reviews an R&R for clear error when no objections have been filed. *See Covey v. Simonton*, 481 F. Supp. 2d 224, 226 (E.D.N.Y. 2007) (Garaufis, J.). The Court finds no such error here. The Court therefore adopts the R&R in its entirety.

       SO ORDERED.

                                       /s/ WFK
                             HON. WILLIAM F. KUNTZ, II
                             UNITED STATES DISTRICT JUDGE

Dated: July 13, 2022
       Brooklyn, New York